| Approved, SCAO | Original - Court<br>1st copy - Defendant | | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|---|
| **STATE OF MICHIGAN**<br>67th  JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY PROBATE | SUMMONS | RECEIVED<br>MAY 13 2019<br>BY: | CASE NO.<br>C19A1861 GC |

| Court address | Court telephone no. |
|---|---|
| 1415 Flushing Road, Flushing, MI 48433 | 810-659-5659 |

| Plaintiff's name(s), address(es), and telephone no(s). | | Defendant's name(s), address(es), and telephone no(s). |
|---|---|---|
| Anthony O. Wilson, Pro Se<br>G3064 Miller Road, Unit 822<br>Flint, MI 48507<br>810 293 2468 | v | First Premier<br>601 South Minnesota Avenue<br>Sioux Falls South Dakota 57104<br>605 357 3000 |

Plaintiff's attorney, bar no., address, and telephone no.

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**
☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.
☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. Attached is a completed case inventory (form MC 21) listing those cases.
☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**
☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.
☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).
☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐ _____ Court, where it was given case number _____ and assigned to Judge _____.
The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.                    **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|
| 5-6-19 | 8-5-19 | |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (1/19)  **SUMMONS**                                    MCR 1.109(D), MCR 2.102(B), MCR 2.104, MCR 2.105

**PROOF OF SERVICE**

**SUMMONS** Case No.

TO PROCESS SERVER: You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

**CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE**

☐ **OFFICER CERTIFICATE** OR ☐ **AFFIDAVIT OF PROCESS SERVER**

I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that: (notarization not required)

Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that: (notarization required)

☐ I served personally a copy of the summons and complaint.
☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint, together with _____
List all documents served with the summons and complaint

_____ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| First Premier | 601 S. Minnesota Ave<br>Sioux Falls, SD 57104-4824 | |
| | | |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| First Premier | 601 S. Minnesota Ave<br>Sioux Falls, SD 57104-4824 | |
| | | |

I declare under the penalties of perjury that this proof of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled Fee $ | | Signature |
|---|---|---|---|
| Incorrect address fee $ | Miles traveled Fee $ | TOTAL FEE $ | Name (type or print) |
| | | | Title |

Subscribed and sworn to before me on _____, _____ County, Michigan.
Date

My commission expires: _____ Signature: _____
Date    Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

**ACKNOWLEDGMENT OF SERVICE**

I acknowledge that I have received service of the summons and complaint, together with _____
Attachments

_____ on _____
Day, date, time

_____ on behalf of _____
Signature

| STATE OF MICHIGAN<br>67th District Court Flushing, MI | CIVIL COMPLAINT | CASE NO.<br>C19A1861 GC |
|---|---|---|
| **Court address**<br>1415 Flushing Road, Flushing, MI 48433 | | **Court telephone no.**<br>810-659-5969 |

CIVIL COMPLAINT FOR VIOLATION OF THE EQUAL CREDIT OPPORTUNITY ACT,

ELLIOTT. LARSEN CIVIL RIGHTS ACT, FAIR CREDIT REPORTING ACT, BREACH OF AN AGREEMENT

AND CONTRACT,

COMMON LAW FRAUD AND MISREPRESENTATION , MICHIGAN CONSUMER PROTECTION ACT.

MC 04

**COMPLAINT FOR Denial of Application for Credit Card in Violation of the Equal Credit Opportunity Act, Elliot Larsen Civil Rights Act, Fair Credit Reporting Act, Breach of an Agreement and Contract, Common Law Fraud and Misrepresentation, Michigan Consumer Protection Act.**

FACTS

1. The Plaintiff is an African American and resident of Genesee County.

2. The Defendant is a corporation organized under the laws of the State of Idaho.

3. The Court has subject matter jurisdiction as the Cause of Action arises under State law and the amount in controversy is below $25,000.

4. The Court has supplemental jurisdiction as the Cause of Action arises under Federal Statute and filed is filed in State Court.

5. Venue is proper as the acts or omissions giving rise to the cause of action occurred in Genesee County.

6. I received an offer from First Premier stating, that I have been pre-approved for a credit card.

7. The offer was sent pursuant to a soft inquiry as a prescreened offer.

8. The offer was received via U.S. Mail.

9. I applied for the offer thereby accepting the offer.

10. My overall financial picture, health, and status, which gave rise to the pre-approved offer had not materially changed.

11. My application was denied.

1

12. The Denial letter was sent to me via U.S. Mail.

13. I am of the belief that my application for credit was denied because of my race African American, Disability, and Income Derivation.

14. As the pre approved offer was made pursuant to a soft inquiry of my credit report, In order to properly deny said application
First Premier would have to show that my overall financial picture, health, and status, which gave rise to the pre-approved offer has materially changed.

15. I am of the belief that said denial violates the following: **Equal Credit Opportunity Act, Elliot Larsen Civil Rights Act, Fair Credit Reporting Act, Breach of an Agreement and Contract, Michigan Common Law Fraud and Misrepresentation, Michigan Consumer Protection Act, Michigan.**

### REQUEST FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court:

A. Enter judgment in his favor,

B. Order that the Defendant pay to Plaintiff, compensatory damages, punitive damages, and other damages in the amount of $5,000.

C. Order any and all such relief as justice may require.

2

Respectfully Submitted,

*[signature]*   5/2/2019

Anthony Wilson
G3064 Miller Road, Unit 822
Flint, MI 48507
810 293 2468
810 729 6010

3