UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY O. WILSON,

    Plaintiff,                                     No. 19-11704

v.                                                District Judge David M. Lawson
                                                            Magistrate Judge R. Steven Whalen

FIRST PREMIER BANK,

    Defendants.
_____/

**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DISCOVERY
WITHOUT PREJUDICE AND STAYING DISCOVERY PENDING
RESOLUTION OF DEFENDANT'S MOTION TO DISMISS**

On September 17, 2019, Plaintiff Anthony O. Wilson ("Plaintiff") filed a motion to compel discovery. ECF No.22. In pursuit of those of his claims brought under the Fair Credit Reporting Act ("FCRA"), Plaintiff seeks to compel a copy of his credit report from Defendant First Premier Bank ("Defendant").

On July 18, 2019, Defendant filed a motion for judgment on the pleadings under Fed. R. Civ. P. 12(c). ECF No.7. Because resolution of Defendant's motion is pending, Plaintiff's motion to compel discovery is DENIED without prejudice. Discovery is STAYED pending determination of Defendant's Rule 12(c) motion.[1] In the instance that Defendant's Rule 12(c) motion is denied, Plaintiff may at that time renew his motion to compel discovery.

---

[1] Although Plaintiff states in his current motion that discovery is required to establish his claims under the FCRA, he filed a motion for summary judgment on the FCRA claims on June 25, 2019.

-1-

IT IS SO ORDERED.

                                              s/R. Steven Whalen
                                              R. STEVEN WHALEN
                                              UNITED STATES MAGISTRATE JUDGE

Dated: October 15, 2019

## CERTIFICATE OF SERVICE

     I hereby certify on October 15, 2019, that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on October 15, 2019.